# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31ˢᵗ day of October, two thousand and thirteen.

_____

Axelrod & Cherveny Architects, P.C., *et al.*,

      Plaintiffs-Appellees,

          v.

T. Builders, Inc., *et al.*,

      Defendants-Appellants.

_____

**ORDER**
Docket No. 13-1960

Appellees, through counsel, move for an extension of time in which to file their brief, arguing that, if their outstanding motion to dismiss the appeal is granted, the filing of a brief will be unnecessary.

Local Rule 31.2(a)(3) provides that the briefing schedule is tolled by the filing of a dispositive motion. Therefore, IT IS HEREBY ORDERED that the motion is DENIED as moot.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

