E.D.N.Y.-C. Islip
05-cv-5573
Hurley, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26ᵗʰ day of November, two thousand thirteen.

Present:
> Robert A. Katzmann,
> *Chief Judge,*
> Ralph K. Winter,
> Guido Calabresi,
> *Circuit Judges.*

_____

Axelrod & Cherveny Architects, P.C., *et al.*,

> *Plaintiffs-Appellees,*

v.                                                                  13-1960

T. & S. Builders Inc., *et al.*,

> *Defendants-Appellants.*

_____

Appellees move to dismiss the appeal for lack of jurisdiction, and for sanctions pursuant to Federal Rule of Appellate Procedure 38. Upon due consideration, it is hereby ORDERED that the motion to dismiss is GRANTED. This Court lacks jurisdiction because the district court's order granting partial summary judgment is not a final order as contemplated by 28 U.S.C. § 1291, and no exception to that statute applies to that order. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). Accordingly, the entire appeal is hereby DISMISSED for lack of jurisdiction.

It is further ORDERED that decision on the motion for sanctions is DEFERRED, and Appellants are hereby ORDERED to show cause, within 28 days of the filing of this order, why sanctions should not be imposed for filing an appeal where the Court clearly lacked jurisdiction. Once Appellants respond to this order, the sanctions motion will be submitted to a new panel in the ordinary course.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



SAO-WBD